JOSEPH P. RUSSONIELLO, CSBN 44332
United States Attorney
JOANN M. SWANSON, CSBN 88143
Assistant United States Attorney
Chief, Civil Division
ILA C. DEISS, NY SBN 3052909
Assistant United States Attorney

450 Golden Gate Avenue, Box 36055
San Francisco, California 94102
Telephone: (415) 436-7124
FAX: (415) 436-7169

Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SEBASTIAN GILL,<br>RABIA NAEM GILL,<br>KISHMALA NAEM GILL,<br>ANUSHKA NAEM GILL,<br>MALAIKA NAEM GILL,<br><br>　　　　Plaintiffs,<br><br>　　　　v.<br><br>MICHAEL MUKASEY, U.S. Attorney General,<br>JOSH SCHARFEN, Director, United States<br>Immigration and Customs Enforcement,<br><br>　　　　Defendants. | No. C 09-1093 PJH<br><br>**STIPULATION TO EXTEND DATES;<br>and [PROPOSED] ORDER** |

Plaintiffs, by and through their attorney of record, and Defendants, by and through their attorneys of record, hereby stipulate, subject to the approval of the Court, to the following:

1. Plaintiffs filed this action on or about March 28, 2009. The United States Attorney's Office was not served until June 10, 2009.

2. Pursuant to this Court's March 9, 2009 Order Setting Initial Case Management Conference, the parties are required to file a joint case management statement on June 11, 2009, and attend a case management conference on June 18, 2009.

Stip to Extend Dates
C 09-1093 PJH

3.  In order to allow sufficient time for USCIS to consider an alternative resolution to this case and/or Answer and prepare a joint case management statement, the parties hereby respectfully ask this Court to extend the dates in the Court's scheduling order as follows:

| | |
|---|---|
| Last day to file Joint ADR Certification | August 20, 2009 |
| Last day to file/serve Joint Case Management Statement: | September 3, 2009 |
| Case Management Conference: | September 10, 2009 at 2:30 p.m. |

Dated: June 12, 2009                                     Respectfully submitted,

JOSEPH P. RUSSONIELLO
United States Attorney


                                                                     /s/
ILA C. DEISS[1]
Assistant United States Attorney
Attorney for Defendants


Dated: June 12, 2009                                              /s/
EMMANUEL EKE ENYINWA
Attorney for Plaintiffs


**ORDER**

Pursuant to stipulation, IT IS SO ORDERED.

Date:  June 15, 2009

                                                        _____
                                                        PHYLLIS J. HAMILTON
                                                        United States District Judge

---

[1] I, Ila Deiss, hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/S/) within this efiled document.

Stip to Extend Dates
C 09-1093 PJH