1  JOSEPH P. RUSSONIELLO, CSBN 44332
   United States Attorney
2  JOANN M. SWANSON, CSBN 88143
   Assistant United States Attorney
3  Chief, Civil Division
   ILA C. DEISS, NY SBN 3052909
4  Assistant United States Attorney

5  450 Golden Gate Avenue, Box 36055
   San Francisco, California 94102
6  Telephone: (415) 436-7124
   FAX: (415) 436-7169
7
   Attorneys for Defendants
8
9            UNITED STATES DISTRICT COURT
10           NORTHERN DISTRICT OF CALIFORNIA
11              SAN FRANCISCO DIVISION

12 SEBASTIAN GILL,                    )
   RABIA NAEM GILL,                   )   No. C 09-1093 PJH
13 KISHMALA NAEM GILL,                )
   ANUSHKA NAEM GILL,                 )   STIPULATION TO DISMISS; and
14 MALAIKA NAEM GILL,                 )   [PROPOSED] ORDER
                                      )
15              Plaintiffs,           )
                                      )
16      v.                            )
                                      )
17 MICHAEL MUKASEY, U.S. Attorney General, )
   JOSH SCHARFEN, Director, United States  )
18 Immigration and Customs Enforcement,    )
                                      )
19              Defendants.           )
                                      )
20 ─────────────────────────────────

21     Plaintiffs, by and through their attorney of record, and Defendants, by and through their
22 attorney of record, hereby stipulate, subject to the approval of the Court, to dismissal of the above-
23 entitled action without prejudice.
24 ///
25 ///
26 ///
27
28 Stip to Dismiss
   C 09-1093 PJH

Each of the parties shall bear their own costs and fees.

Dated: August 3/, 2009

Respectfully submitted,

JOSEPH P. RUSSONIELLO
United States Attorney

ILA C. DEISS
Assistant United States Attorney
Attorney for Defendants

Dated: August ___, 2009

EMMANUEL EKE ENYINWA
Attorney for Plaintiffs

ORDER

Pursuant to stipulation, IT IS SO ORDERED.

Date: 8/31/09

IT IS SO ORDERED
Judge Phyllis J. Hamilton
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

---

[1] I, Ila Deiss, hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/S/) within this efiled document.

Stip to Dismiss
C 09-1093 PJH